UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARTHUR CARR,<br><br>                    Plaintiff,<br><br>         v.<br><br>A. BALAJI, et al.,<br><br>                    Defendants. | No.  2:19-cv-0688-EFB P<br><br><br>ORDER |

Plaintiff is a state prisoner proceeding without counsel in an action brought under 42 U.S.C. § 1983.  He requests a third extension of time to file his amended complaint pursuant to the court's February 12, 2020 order.

Plaintiff's request (ECF No. 13) is granted and plaintiff has 30 days from the date this order is served to file his amended complaint.

So ordered.

Dated:  May 4, 2020.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE