UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARTHUR CARR,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>A. BALAJI, et al.,<br><br>　　　　Defendants. | No. 2:19-cv-0688-TLN-EFB P<br><br><br>ORDER |

When plaintiff commenced this civil rights action, he was a state prisoner proceeding without counsel. ECF No. 1. On February 12, 2020, the court screened the pro se complaint pursuant to 28 U.S.C. § 1915A. ECF No. 6. The court dismissed the complaint, explained the deficiencies therein, and granted plaintiff thirty days in which to file an amended complaint to cure the deficiencies. *Id.* Despite multiple extensions of time, plaintiff did not file an amended complaint as ordered. Accordingly, on August 24, 2020, the court recommended that this case be dismissed. ECF No. 21.

On October 26, 2020, while the recommendation of dismissal remained pending, plaintiff retained counsel. ECF No. 27. Counsel has filed objections to the findings and recommendations (*see* ECF No. 29, erroneously captioned "First Amended Complaint"), arguing that the deficiencies identified in the court's screening order can be cured if given the opportunity. ECF No. 29. The court construes the filing as yet another request for extension of time. Given that

1

counsel had only recently entered the case and in an abundance of caution, the request is granted.

Accordingly, IT IS ORDERED that:

1. The August 24, 2020 findings and recommendations (ECF No. 21) are WITHDRAWN;
2. Plaintiff shall file an amended complaint within 30 days from the date of service of this order; and
3. Failure to file an amended complaint that complies with the court's February 12, 2020 screening order (ECF No. 6) may again result in a recommendation of dismissal.

DATED: December 9, 2020.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE