UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

ARTHUR CARR,

        Plaintiff,

    v.

A. BALAJI, et al.,

        Defendants.

No. 2:19-cv-00688-TLN-EFB

**ORDER**

Plaintiff Arthur Carr ("Plaintiff"), a state prisoner proceeding *pro se*, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On February 22, 2021, the magistrate judge filed findings and recommendations herein which were served on Plaintiff and which contained notice to Plaintiff that any objections to the findings and recommendations were to be filed within fourteen days. (ECF No. 34.) Plaintiff has not filed objections to the findings and recommendations.

The court has reviewed the file under the applicable legal standards and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

    1. The Findings and Recommendations filed February 22, 2021 (ECF No. 34), are ADOPTED IN FULL; and

1

2. Plaintiff's claims against Defendants Church, Gates, Singh, and Recarey are DISMISSED without prejudice and the action will proceed on the claims identified in the Findings and Recommendations (ECF No. 34).

IT IS SO ORDERED.

DATED: April 6, 2021

Troy L. Nunley
United States District Judge