IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ARTHUR CARR,** | 2:19-cv-00688 TLN EFB |
| Plaintiff, | **[PROPOSED] ORDER GRANTING DEFENDANTS 30-DAY EXTENSION TO FILE SERVICE WAIVERS** |
| v. | |
| **A. BALAJI, et al.,** | |
| Defendants. | |

Good cause appearing, Defendants are granted thirty days from the date of this order to file service waivers.

SO ORDERED.

Dated: May 11, 2021.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE