| | |
|---|---|
| 1 | ROB BONTA, State Bar No. 202668<br>Attorney General of California |
| 2 | TYLER V. HEATH, State Bar No. 271478<br>Supervising Deputy Attorney General |
| 3 | DERREK J. LEE, State Bar No. 297497<br>Deputy Attorney General |
| 4 |   1300 I Street, Suite 125<br>  P.O. Box 944255 |
| 5 |   Sacramento, CA 94244-2550<br>  Telephone: (916) 210-7364 |
| 6 |   Fax: (916) 324-5205<br>  E-mail: Derrek.Lee@doj.ca.gov |
| 7 | *Attorneys for Defendants*<br>*Suson, Magsayo, Gurm, and Balaji* |
| 8 | |
| 9 | Chijioke O. Ikonte, Esq., SBN 206203<br>Law Offices of Akudinobi & Ikonte |
| 10 | 3435 Wilshire Blvd., Suite 1520<br>Los Angeles, CA 90010 |
| 11 | (213)-387-0869<br>(213) 387-0969 (fax) |
| 12 | *Attorneys for Plaintiff Arthur Carr* |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **ARTHUR CARR,**<br><br>                          Plaintiff,<br><br>v.<br><br>**A. BALAJI, et al.,**<br><br>                          Defendants. | 2:19-cv-00688 TLN EFB<br><br>**STIPULATION AND PROPOSED ORDER FOR 30-DAY EXTENSION OF TIME FOR DEFENDANTS TO FILE RESPONSIVE PLEADING TO FIRST AMENDED COMPLAINT**<br><br>Judge:      The Honorable Edmund F. Brennan<br>Trial Date:  TBA<br>Action Filed: April 23, 2019 |

The parties have been unable to meet and confer in advance of Defendants' June 1, 2021 responsive-pleading date. Good cause appearing, the parties stipulate to a 30-day extension of time from June 1, for Defendants to file a responsive pleading.

1

| | | |
|---|---|---|
| 1 | Dated: June 1, 2021 | Respectfully submitted, |
| 2 | | ROB BONTA<br>Attorney General of California |
| 3 | | TYLER V. HEATH<br>Supervising Deputy Attorney General |
| 4 | | |
| 5 | | /s/ Derrek J. Lee |
| 6 | | DERREK J. LEE<br>Deputy Attorney General<br>*Attorneys for Defendants* |
| 7 | | *Suson, Magsayo, Gurm, and Balaji* |
| 8 | | /s/ Chijioke Ikonte |
| 9 | | Chijioke Ikonte, Esq.<br>Law Offices of Akudinobi & Ikonte |
| 10 | | *Attorneys for Plaintiff Arthur Carr* |

SA2021301717
35132479.docx

**[~~PROPOSED~~] ORDER**

**IT IS SO ORDERED.**

Dated: June 1, 2021

*/s/ Edmund F. Brennan*
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE