UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARTHUR CARR,<br><br>    Plaintiff,<br><br>    v.<br><br>A. BALAJI, et al.,<br><br>    Defendants. | No. 2:19-cv-0688-TLN-EFB P<br><br><br>ORDER |

    Plaintiff is a state prisoner proceeding with counsel in an action brought under 42 U.S.C. § 1983.  On June 28, 2021, defendants Balaji, Magsayo, Suson, and Grum moved for an order partially dismissing the amended complaint and setting a hearing on the motion to dismiss for August 4, 2021.  ECF No. 46.  Under Eastern District of California Local Rule 230(c), plaintiff's opposition to the motion to dismiss was due on July 21, 2021.  Plaintiff has not filed an opposition, nor a statement of non-opposition.  Accordingly, the court will vacate the hearing date and order plaintiff to file an opposition or statement of non-opposition.  A new hearing date will be determined by the court upon submission of briefing on the motion to dismiss.

    Accordingly, it is hereby ORDERED that:

1. Plaintiff shall file an opposition, or a statement of non-opposition, to defendants' June 28, 2021 motion to dismiss no later than August 6, 2021.  Failure to file by that date will be construed by the court as a non-opposition to the granting of the motion.  E.D. Cal. L.R. 230(c).

1

2. Defendants may file a reply to plaintiff's opposition no later than August 13, 2021.

3. The August 4, 2021 hearing on the motion to dismiss is VACATED. A new hearing date will be set by the court at a later date.

Dated: July 26, 2021.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

2