UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARTHUR CARR, | No. 2:19-cv-00688-TLN-EFB |
| Plaintiff, | |
| v. | **ORDER** |
| A. BALAJI, et al., | |
| Defendants. | |

Plaintiff, a state prisoner proceeding with counsel, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On August 30, 2021, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days. (ECF No. 51.) Defendants have filed objections to the findings and recommendations. (ECF No. 52)

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a *de novo* review of this case. While Defendants accuse the Magistrate Judge of allowing plaintiff "to proceed with his state-law claims despite" allegedly failing to plead facts demonstrating his compliance with the claims-presentation requirement of California's Government Claims Act, the amended complaint alleges such compliance. (*See* ECF No. 31 at 6,

1

¶¶ 38-39.)  Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed August 30, 2021, (ECF No. 51) are adopted in full;

2. Defendants' June 28, 2021 motion to dismiss Plaintiff's state-law negligence claims (ECF No. 46) is GRANTED as to Plaintiff's claim that Defendant Balaji's response, or failure to respond, to the January 30, 2018 denial of a request for surgery submitted on Plaintiff's behalf was negligent; and

3. The motion (ECF No. 46) is DENIED without prejudice with regard to the remaining state-law claims against Defendants.

Dated:  September 29, 2021

Troy L. Nunley
United States District Judge

2