IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ARTHUR CARR,** | Case No. 2:19-cv-00688 TLN EFB (PC) |
| Plaintiff, | [PROPOSED] ORDER |
| v. | |
| **A. BALAJI, et al.,** | |
| Defendants. | |

The Court, having considered the joint motion to modify the scheduling order, and good cause having been found:

**IT IS ORDERED:** The joint motion to modify the scheduling order is granted. The deadline to conduct discovery is June 17, 2022, and the deadline to file dispositive motions is September 16, 2022.

Dated: February 22, 2022

The Honorable Edmund F. Brennan
United States Magistrate Judge