EMMANUEL C. AKUDINOBI, SBN 188903
epcakudinobi@yahoo.com
CHIJIOKE O. IKONTE, SBN 206203
cikonte@yahoo.com
LAW OFFICES OF AKUDINOBI & IKONTE
3435 WILSHIRE BLVD., SUITE 1520
LOS ANGELES, CA 90010
(213) 387 - 0869
(213) 387 - 0969 (fax)

Attorneys for Plaintiff,
Arthur Carr


ROB BONTA, State Bar No. 202668
Attorney General of California
JON S. ALLIN, State Bar No. 155069
Supervising Deputy Attorney General
MATTHEW ROSS WILSON, State Bar No. 236309
Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 210-7313
 Fax: (916) 324-5205
 E-mail: Matthew.Wilson@doj.ca.gov
*Attorneys for Defendants*
*Suson, Magsayo, Gurm, and Balaji*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **ARTHUR CARR,**<br><br>                         Plaintiff,<br><br>      v.<br><br>**A. BALAJI, et al.,**<br><br>                         Defendants. | 2:19-cv-00688 TLN EFB (PC)<br><br>**[PROPOSED] ORDER AND STIPULATION EXTENDING OPPOSITION AND REPLY DEADLINES RE: DEFENDANTS' MOTION FOR SUMMARY JUDGMENT** |

1

Defendants filed their motion for summary judgment on February 28, 2023.  (ECF No. 68) Plaintiff's opposition is due on March 22, 2023 . And Defendants' reply is due within fourteen days of service of Plaintiff's opposition.  *See* E.D. L.R. 230(*l*).

The Parties have met and conferred and have agreed to a stipulation that extends the above deadlines, as follows:

Plaintiff's opposition to Defendants' motion for summary judgment, or a statement of non-opposition, is due on May 22, 2023.

Defendants' reply to Plaintiff's opposition to their motion for summary judgment is due on June 5, 2023.

**IT IS SO STIPULATED**

Respectfully submitted,

Dated:  March 20, 2023          LAW OFFICES OF AKUDINOBI & IKONTE

By:   */s/*
CHIJIOKE O. IKONTE
*Attorneys for Plaintiff Michael Shepard*

Dated:  March 20, 2023          ROB BONTA
Attorney General of California
JON S. ALLIN
Supervising Deputy Attorney General

By:   */s/*
MATTHEW ROSS WILSON
Deputy Attorney General
*Attorneys for Defendants*
*Suson, Magsayo, Gurm, and Balaji*

**IT IS SO ORDERED.**

DATED:  ___March 23___, 2023

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

2