EMMANUEL C. AKUDINOBI, SBN 188903
epcakudinobi@yahoo.com
CHIJIOKE O. IKONTE, SBN 206203
cikonte@yahoo.com
LAW OFFICES OF AKUDINOBI & IKONTE
3435 WILSHIRE BLVD., SUITE 1520
LOS ANGELES, CA 90010
(213) 387 - 0869
(213) 387 - 0969 (fax)

Attorneys for Plaintiff,
Arthur Carr


ROB BONTA, State Bar No. 202668
Attorney General of California
JON S. ALLIN, State Bar No. 155069
Supervising Deputy Attorney General
MATTHEW ROSS WILSON, State Bar No. 236309
Deputy Attorney General
  1300 I Street, Suite 125
  P.O. Box 944255
  Sacramento, CA 94244-2550
  Telephone: (916) 210-7313
  Fax: (916) 324-5205
  E-mail: Matthew.Wilson@doj.ca.gov
*Attorneys for Defendants*
*Suson, Magsayo, Gurm, and Balaji*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **ARTHUR CARR,**<br><br>                    Plaintiff,<br><br>v.<br><br>**A. BALAJI, et al.,**<br><br>                    Defendants. | 2:19-cv-00688 TLN EFB (PC)<br><br>**[~~PROPOSED~~] ORDER AND STIPULATION EXTENDING OPPOSITION AND REPLY DEADLINES RE: DEFENDANTS' MOTION FOR SUMMARY JUDGMENT** |

1

Defendants filed their motion for summary judgment on February 28, 2023. (ECF No. 68) Plaintiff's opposition is due on March 22, 2023 . And Defendants' reply is due within fourteen days of service of Plaintiff's opposition. *See* E.D. L.R. 230(*l*).

The parties met and conferred and agreed to a stipulation that extended the above deadlines. (ECF No.72). The Court approved the stipulation and extended the date for Plaintiff's Opposition to Defendants' motion for summary judgment, or a statement of non-opposition to May 22, 2023. Defendants' reply to Plaintiff's opposition to their motion for summary judgment was extended to June 5, 2023. (ECF No. 73)

The Parties have met and conferred and have agreed to a stipulation that extends the above deadlines as follows:

Plaintiff's opposition to Defendants' motion for summary judgment, or a statement of non-opposition, is due on June 5, 2023.

Defendants' reply to Plaintiff's opposition to their motion for summary judgment is due on June 19, 2023.

**IT IS SO STIPULATED**

|   |   |   |
|---|---|---|
| 1 |   | Respectfully submitted, |
| 2 | Dated: May 22, 2023 | LAW OFFICES OF AKUDINOBI & IKONTE |
| 3 |   |   |
| 4 |   | By: /s/<br>CHIJIOKE O. IKONTE<br>*Attorneys for Plaintiff Michael Shepard* |
| 5 |   |   |
| 6 | Dated: May 22, 2023 | ROB BONTA<br>Attorney General of California<br>JON S. ALLIN<br>Supervising Deputy Attorney General |
| 7 |   |   |
| 8 |   |   |
| 9 |   | By: /s/<br>MATTHEW ROSS WILSON<br>Deputy Attorney General<br>*Attorneys for Defendants*<br>*Suson, Magsayo, Gurm, and Balaji* |
| 10 |   |   |
| 11 |   |   |

**IT IS SO ORDERED.**

DATED: __May 31__, 2023

*[signature]*
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE