UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA –SACRAMENTO DIVISION

| | |
|---|---|
| Arthur Carr,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>A.Balaji, M.D., G. Church, M.D., S. Gates, Chief-HCCAB, R. Singh, M.D., R. Recarey, C.E.O., L. Magsay, R.N. II., S. Suson, R.N. II., R. Gurm, R.N.<br><br>　　　　Defendants | Case No.: 2:19-cv-00688-EFB P<br><br>[~~PROPOSED~~] ORDER RE: *EX PARTE* APPLICATION TO EXTEND DATES TO FILE OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT AND MOTION TO WITHDRAW AS ATTORNEY |

　　GOOD CAUSE appearing, the ex parte application to extend the time to file opposition to motion for summary is granted.  The opposition to defendants' motion for summary judgment is now due on July 7, 2023.  Any reply to the opposition is due on July 21, 2023.

　　Further, the motion to withdraw as counsel for plaintiff is granted. The Clerk of the Court shall terminate Chijioke Ikonte as the "Attorney to be Noticed" for plaintiff and update the docket to reflect plaintiff's pro se status and last known address as follows: Arthur Carr, C66940, California Health Care Facility, C1A-107B, P.O. Box 213040, Stockton, CA 95213.

1

The Clerk of the Court shall terminate ECF Nos. 76 & 77.

So ordered.

Dated: June 8, 2023.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE